IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ERIC WALLACE, et al.                                                                                  PLAINTIFF

VS.                                                              CIVIL ACTION NO. 3:21-CV-516-CWR-LGI

MISSISSIPPI DEPARTMENT OF
CORRECTIONS, et al.                                                                                DEFENDANTS

## NOTICE OF APPEARANCE

Please take notice that Wilson Minor hereby enters his appearance in this cause as counsel of record for the following Defendants: Mississippi Department of Corrections; Nathan "Burl" Cain, in his official capacity as Commissioner of the Mississippi Department of Corrections; Jeworski Mallett, in his official capacity as Deputy Commissioner of Institutions; and Donald Faucett, in his official capacity as Chief Medical Officer.

All future e-filings, pleadings, and correspondence should include Wilson Minor as counsel for these Defendants at the address noted below:

> Wilson Minor, Esq.
> Special Assistant Attorney General - Civil
> Post Office Box 220
> Jackson, Mississippi 39205-0220
> E-mail: wilson.minor@ago.ms.gov

DATE: MARCH 15, 2022

>MISSISSIPPI DEPARTMENT OF
>CORRECTIONS, NATHAN "BURL" CAIN,
>in his official capacity as Commissioner of
>the Mississippi Department of Corrections,
>JEWORSKI MALLETT, in his official
>capacity as Deputy Commissioner of

Institutions, DONALD FAUCETT, in his official capacity as Chief Medical Officer

LYNN FITCH
Attorney General of Mississippi

*/s/ Wilson Minor*
Special Assistant Attorney General
Mississippi Bar No. 102663
P.O. Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-6279
E-mail: wilson.minor@ago.ms.gov

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which provided notice to all counsel of record.

This, the 15th day of March 2022.

*/s/ Wilson Minor*