IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ERIC WALLACE, ET AL.**,

            *Plaintiffs*,

v.

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.**,

            *Defendants*.

CAUSE NO. 3:21-CV-516-CWR-LGI

## ORDER

On its own review of the docket sheet, the Court notes with some concern that this case is two years old yet has not progressed beyond the exchange of initial disclosures. The Court directs the parties to abide by the deadlines set forth in the Magistrate Judge's *Amended Class Certification Scheduling Order* of March 28, 2023. A failure to move this case along with diligence may result in the denial of future motions to amend or for additional time.

**SO ORDERED**, this the 9th day of August, 2023.

                                  s/ Carlton W. Reeves
                                  UNITED STATES DISTRICT JUDGE