# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **PERVIS EVERETT, et al** <br><br> **VS.** <br> **MISSISSIPPI DEPARTMENT OF CORRECTIONS et al** | **PLAINTIFFS** <br><br> **CIVIL ACTION NO. 3:21-cv-516-CWR-LGI** <br><br> **DEFENDANTS** |

## NOTICE OF SERVICE OF DISCOVERY

**TO: ALL COUNSEL OF RECORD**

NOTICE IS HEREBY GIVEN that the PLAINTIFFS, by and through undersigned counsel, submitted the following to Defendant, MISSISSIPPI DEPARTMENT OF CORRECTIONS on April 19, 2024 via electronic mail:

1. Plaintiffs' Response to Defendant's First Set of Interrogatories

2. Plaintiffs' Response to Defendant's First Request for Production of Documents

    Undersigned will retain all originals.

DATED: April 23, 2024

**DISABILITY RIGHTS MISSISSIPPI**
**ATTORNEY FOR ALL PLAINTIFFS**

/s/ *Greta Kemp Martin*

Greta Kemp Martin, MSB# 103672
Disability Rights Mississippi
5 Old River Place, Suite 101
Jackson, Mississippi 39202
Telephone: (601) 968-0600
Facsimile: (601)968-0665
gmartin@drms.ms

**CERTIFICATE OF SERVICE**

    I, undersigned counsel of record, do hereby certify that a true and correct copy of the foregoing has been filed with this Court's electronic filing system which automatically sends notification to all attorneys of record.

DATED: April 23, 2024

**DISABILITY RIGHTS MISSISSIPPI**
**ATTORNEY FOR ALL PLAINTIFFS**

/s/ Greta Kemp Martin
Greta Kemp Martin, MSB# 103672
Disability Rights Mississippi
5 Old River Place, Suite 101
Jackson, Mississippi 39202
Telephone: (601) 968-0600
Facsimile: (601) 968-0665
gmartin@drms.ms