# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **PERVIS EVERETT**, *et al.*, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 3:21-cv-516-CWR-LGI |
| | ) |
| **MISSISSIPPI DEPARTMENT OF CORRECTIONS**, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Pervis Everett, *et al.*, and Defendants, Mississippi Department of Corrections ("MDOC"), Nathan "Burl" Cain, in his official capacity as Commissioner of the Mississippi Department of Corrections ("Cain"), Jeworski Mallett, in his official capacity as Deputy Commissioner of Institutions ("Mallett"), and Timothy Donovan, in his official capacity as Interim Chief Medical Officer ("Donovan" and collectively with MDOC, Cain, and Mallett, "the State," and collectively with Plaintiffs, and VitalCore Health Strategies, LLP, the "Parties"), jointly stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action should be dismissed with prejudice. Each Party shall bear his, her, and its own costs and expenses, including attorney's fees.

In accordance with this joint stipulation, the Parties respectfully request that this Court dismiss the above-styled action with prejudice.

Respectfully submitted this 10th day of October 2024.

/s/ *Katelyn Riley*

*One of the Attorneys for the State*

William R. Lunsford*, MSB# 60190
Grayson Miller*, MSB# 60191
Andrew Ray*, MSB# 60225
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
grayson.miller@butlersnow.com
andrew.ray@butlersnow.com

*\*Pro hac vice*

Katelyn Riley, MSB# 105115
**BUTLER SNOW LLP**
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157
Telephone: 601-948-5711
Facsimile: 601-985-4500
katelyn.riley@butlersnow.com

Douglas T. Miracle
Wilson D. Minor
Elizabeth Claire Barker
**ATTORNEY GENERAL'S OFFICE**
P.O. Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-3523
Facsimile: (601) 359-2003
doug.miracle@ago.ms.gov
wilson.minor@ago.ms.gov
claire.barker@ago.ms.gov


/s/ *Michael D. Chase*

*One of the Attorneys for Vitalcore Health Strategies, LLC*

2

Amanda L. Burch
John G. Wheeler
Michael D. Chase
**MITCHELL MCNUTT & SAMS, PA**
105 South Front Street
Tupelo, MS 39730
Telephone: (662) 842-3871
Facsimile: (662) 842-8450
aburch@mitchellmcnutt.com
jwheeler@mitchellmcnutt.com
mchase@mitchellmcnutt.com

*Attorneys For Vitalcore Health Strategies, LLC*


/s/ *Emma L. Douglas*

*One of the Attorneys for Plaintiffs*

Emma Douglas, *pro hac vice*
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Ave., Suite 2000
New Orleans, LA 70170
Telephone: (504) 377-6086
Facsimile: (504) 486-8947
Emma.douglas@splcenter.org

Greta Kemp Martin, MSB #103672
Brandi L. Brown
Keren Elizabeth Welch
**DISABILITY RIGHTS MISSISSIPPI**
5 Old River Place, Ste. 101
Jackson, Mississippi 39202
Telephone: (601) 968-0600
Facsimile: (601) 968-0665
gmartin@drms.ms
bbrown@drms.ms
kwelch@drms.ms

Margaret Ukwu, *pro hac vice*
**PROSKAUER ROSE, LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 284-4586
Facsimile: (310) 557-2193

mukwu@proskauer.com

Isiah Anderson, pro hac vice
**PROSKAUER ROSE, LLP**
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3565
Facsimile: (312) 962-3551
Ianderson@proskauer.com

Jade Olivia Morgan
Andrea Alajbegovic
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street, Suite 280
Jackson, MS 39201
Telephone: (614) 905-0606
Facsimile: (601) 948-8885

*Attorneys For Plaintiffs*